UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-62287-CIV – ZLOCH/ROSENBAUM

RYAN GEBAUER,

    Plaintiff,

v.

HEATHER MANAGEMENT CORP.,
d/b/a MANHATTAN CAFE, and
ESPACIO MIAMI PROPERTIES, LLC,

    Defendants.
_____/

**JOINT MOTION TO APPROVE CONFIDENTIAL SETTLEMENT AGREEMENT
AND DISMISS ACTION WITH PREJUDICE**

    Plaintiff, Ryan Gebauer, and Defendants, Espacio Miami Properties, LLC and Heather Management Corp. d/b/a Manhattan Café (collectively the "Parties"), by and through undersigned counsel, hereby jointly move for the entry of an Order approving their Confidential Settlement Agreement, dismissing this action with prejudice, and retaining jurisdiction to enforce the Confidential Settlement Agreement, and, in support state:

    1.    On April 25, 2012, the Parties formally exchanged executed copies of the Confidential Settlement Agreement in this above-referenced action alleging violations of the Americans with Disabilities Act.

    2.    The Confidential Settlement Agreement completely and fully resolves the above-styled action. Due to the confidential nature of the Confidential Settlement Agreement, a copy of the Confidential Settlement Agreement is not attached to this Joint Motion, but an electronic copy will be submitted to the Court's designated electronic email address for an *in camera*

review along with a proposed Order granting this Joint Motion immediately after filing of the Joint Motion via CM/ECF.

    3.    Pursuant to CM/ECF 3I(6), a proposed agreed Order granting this Joint Motion is attached hereto as Exhibit A.

WHEREFORE, Plaintiff, Ryan Gebauer, and Defendants, Espacio Miami Properties, LLC and Heather Management Corp. d/b/a Manhattan Café, respectfully request the entry of an Order approving the Parties' Confidential Settlement Agreement, dismissing this action, with prejudice, with each party bearing its own attorney's fees and costs, retaining jurisdiction to enforce the Confidential Settlement Agreement, and such further relief as this Court deems just and proper.

Dated: May 2, 2012.

                                Respectfully submitted,

                                s/ Juancarlos Sanchez_____
                                Daniel O. Mena (Florida Bar No. 059579)
                                dmena@arhmf.com
                                Juancarlos Sanchez (Florida Bar No. 0867071)
                                jsanchez@arhmf.com
                                AVILA RODRIGUEZ HERNANDEZ
                                MENA & FERRI LLP
                                2525 Ponce de Leon Boulevard, Suite 1225
                                Coral Gables, Florida 33134
                                Telephone: (305) 779-3560
                                Facsimile: (305) 779-3561
                                *Attorneys for Defendants*

                                s/Tal Shemtov_____
                                Tal Shemtov (Florida Bar No. 28456)
                                shemtovlawfirm@yahoo.com
                                THE SHEMTOV LAW FIRM, P.A.
                                9715 West Broward Blvd., #256
                                Plantation, Florida 33324
                                Telephone:   954-861-9787
                                Facsimile:   954-236-3530
                                *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 11-62287-CIV – ZLOCH/ROSENBAUM

RYAN GEBAUER,

    Plaintiff,

v.

HEATHER MANAGEMENT CORP.,
d/b/a MANHATTAN CAFE, and
ESPACIO MIAMI PROPERTIES, LLC,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 2, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also hereby certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                s/ Juancarlos Sanchez_____ _
                                                Juancarlos Sanchez

## SERVICE LIST

*Ryan Gebauer v. Heather Management Corp. et al*
CASE NO. 11-62287-CIV – ZLOCH/ROSENBAUM
United States District Court, Southern District of Florida

RYAN GEBAUER,

    Plaintiff,

v.

HEATHER MANAGEMENT CORP.,
d/b/a MANHATTAN CAFE, and
ESPACIO MIAMI PROPERTIES, LLC,

    Defendants.
_____/


Tal Shemtov, Esq.
shemtovlawfirm@yahoo.com
**THE SHEMTOV LAW FIRM, P.A.**
9715 West Broward Blvd., #256
Plantation, Florida 33324
Telephone:     954-861-9787
Facsimile:     954-236-3530
*Attorneys for Plaintiff*
Via CM/ECF