UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62287-CIV-ZLOCH

RYAN GEBAUER,

    Plaintiff,

vs.                           **FINAL ORDER OF DISMISSAL**

HEATHER MANAGEMENT CORP. d/b/a
MANHATTAN CAFE, and ESPACIO
MIAMI PROPERTIES, LLC,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion To Approve Confidential Settlement Agreement And Dismiss Action With Prejudice (DE 12) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Settlement Agreement *in camera*, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion To Approve Confidential Settlement Agreement And Dismiss Action With Prejudice (DE 12) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. The Parties' Settlement Agreement, having been reviewed by the Court *in camera*, be and the same is hereby approved, adopted and ratified by the Court;

    3. The above-styled cause be and the same is hereby **DISMISSED**

with prejudice; and

    4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of May, 2012.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel of Record